AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN CARLOS HERNANDEZ | ) Case No. 2:23mj11102 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/27/2023

X J. H.
*Defendant's signature*

*Signature of defendant's attorney*

PATRICK McMAHON
*Printed name and bar number of defendant's attorney*

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*